**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **DAWN MALEC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 22-CV-05312 |
| ) | |
| **CITY OF JOLIET and JAMES** ) | Hon. Matthew F. Kennelly |
| **CAPPARELLI in his Official and** ) | |
| **Individual Capacities,** ) | JURY DEMANDED |
| ) | |
| **Defendants.** ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and in accordance with the Parties' Settlement Agreement, Plaintiff Dawn Malec and all above-captioned Defendants hereby stipulate to the dismissal of this action, without prejudice. Each party shall bear its own costs and attorney's fees, except to the extent set forth in the Settlement Agreement.

The Settlement Agreement contains ongoing payment obligations on the part of the Defendant, City of Joliet, through January 31, 2024. Unless the Plaintiff files a motion to reinstate the case for the sole purpose of enforcing paragraph 1 of the Settlement Agreement on or before February 15, 2024, the dismissal shall automatically convert to a dismissal with prejudice on February 16, 2024.

1

| | |
|---|---|
| **DATED:** December 7, 2023 | **RESPECTFULLY SUBMITTED:** |
| **DAWN MALEC** | **CITY OF JOLIET and JAMES CAPPARELLI** |
| By: /s/ Naomi Frisch<br>*Attorney for Plaintiff* | By: /s/ Kelly A. Coyle_____<br>   *Attorney for City of Joliet and*<br>   *James Capparelli in his Official Capacity* |
| Matthew Pierce ARDC No. 6326448<br>Naomi Frisch ARDC No. 6328429<br>Asher, Gittler & D'Alba, Ltd<br>200 W Jackson, Ste 720<br>Chicago, IL 60606<br>(312)263-1500<br>mjp@ulaw.com<br>naomi@ulaw.com | James. J. Powers ARDC No. 6256540<br>Kelly A. Coyle ARDC No. 6312591<br>CLARK BAIRD SMITH LLP<br>6133 North River Road, Suite 1120<br>Rosemont, Illinois 60018<br>Telephone: (847) 378-7700<br>jpowers@cbslawyers.com<br>kcoyle@cbslawyers.com |
| | By: /s/Michael T. Layden<br>   *Counsel for Defendant James Capparelli*<br>   *in his Individual Capacity* |
| | Michael T. Layden, Esq. ARDC No. 6229674<br>Collin M. Bruck, Esq. ARDC No. 6312429<br>CROKE FAIRCHILD DUARTE & BERES<br>191 N. Wacker Dr., 31st Floor<br>Chicago, Illinois 60606<br>(312) 641-0881 (phone)<br>mlayden@crokefairchild.com<br>cbruck@crokefairchild.com |

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that she caused a true and correct copy of the foregoing Stipulation of Dismissal to be served upon all parties of record via the Court's CM/ECF system on December 7, 2023.

      */s/ Naomi Frisch*

      Naomi Frisch
      *Attorney for Plaintiff*
      Asher, Gittler & D'Alba, Ltd
      200 W Jackson, Ste 720
      Chicago, IL 60606
      (312)263-1500
      naomi@ulaw.com