# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dawn Malec

                      Plaintiff,

v.                                                  Case No.: 1:22−cv−05312
                                                          Honorable Matthew F. Kennelly

The City of Joliet, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 11, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: This case is dismissed without prejudice pursuant to the parties' stipulation of dismissal. This will convert to a dismissal with prejudice and without costs on 2/16/2024 without the need for a further order by the Court unless plaintiff files a motion to reinstate before that date. The telephonic status hearing set for 12/19/2023 is vacated. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.